UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 15-1-DLB-EBA

UNITED STATES OF AMERICA                                               PLAINTIFF

v.          **ORDER ADOPTING RECOMMNEDED DISPOSITION**

DONTE E. GRIFFIN                                                    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the January 17, 2019 Recommended Disposition of United States Magistrate Judge Edward B. Atkins (Doc. # 66), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 61) be denied. The deadline for filing objections to the Recommended Disposition was January 31, 2019. That deadline having now expired without any objections being filed, the Recommended Disposition is ripe for the Court's consideration. The Court having reviewed the Recommended Disposition, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Recommended Disposition (Doc. # 66) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 61) is hereby **denied**;

1

(3) For the reasons set forth in the Magistrate Judge's Recommended Disposition (Doc. # 66), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 3rd day of April, 2019.

Signed By:
David L. Bunning
United States District Judge